STEPHEN B. MCNALLY
MCNALLY & BUSCHE, L.L.C.
93 MAIN STREET
SUITE 201
NEWTON, NJ  07860

Re: BRIAN K. BELENCHIA  
    43 HICKORY ROAD  
    HIGHLAND LAKES, NJ  07422

Atty: STEPHEN B. MCNALLY  
    MCNALLY & BUSCHE, L.L.C.  
    93 MAIN STREET  
    SUITE 201  
    NEWTON, NJ  07860

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
### Chapter 13 Case # 19-32877

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $17,285.00**

### RECEIPTS AS OF 01/15/2021 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/03/2020 | $385.00 | 6450369000 | 02/04/2020 | $385.00 | 6534271000 |
| 03/02/2020 | $385.00 | 6608207000 | 04/02/2020 | $385.00 | 6683118000 |
| 05/04/2020 | $385.00 | 6760595000 | 06/02/2020 | $385.00 | 6836279000 |
| 07/02/2020 | $385.00 | 6911297000 | 08/03/2020 | $385.00 | 6981515000 |
| 09/02/2020 | $385.00 | 7057654000 | 10/02/2020 | $385.00 | 7131646000 |
| 11/02/2020 | $385.00 | 7200717000 | 12/02/2020 | $525.00 | 7276968000 |
| 01/04/2021 | $522.00 | 7347356000 | | | |

**Total Receipts: $5,282.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $5,282.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| TOWNSHIP OF VERNON | 12/21/2020 | $174.66 | 861,184 | 01/11/2021 | $485.62 | 863,023 |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 388.87 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ATLANTIC HEALTH SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 15,541.84 | * | 0.00 | |
| 0003 | US BANK TRUST NA | MORTGAGE ARRE | 9,458.12 | 100.00% | 0.00 | |
| 0004 | BON SECOURS MEDICAL GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CAPITAL ONE | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0006 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 201.95 | * | 0.00 | |
| 0007 | LVNV FUNDING LLC | UNSECURED | 1,577.07 | * | 0.00 | |
| 0008 | CRYSTAL RUN HEALTHCARE | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | DISCOVER BANK | UNSECURED | 761.22 | * | 0.00 | |

**Chapter 13 Case # 19-32877**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0010 | THE BANK OF MISSOURI | UNSECURED | 541.18 | * | 0.00 | |
| 0011 | HUDSON COUNTY SURGERY CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | IC SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | QUANTUM3 GROUP LLC | UNSECURED | 225.77 | * | 0.00 | |
| 0014 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0015 | MERRICK BANK | UNSECURED | 754.20 | * | 0.00 | |
| 0016 | MISSION LANE | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | NABIL YAZGI MD PA | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | REMEX INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | THE BANK OF NEW YORK MELLON | UNSECURED | 135,704.22 | * | 0.00 | |
| 0020 | STATE OF NJ DEPARTMENT OF LABOR | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | STATE OF NJ | SECURED | 1,713.84 | 100.00% | 0.00 | |
| 0022 | STATE OF NJ | UNSECURED | 291.20 | * | 0.00 | |
| 0023 | TOWNSHIP OF VERNON | PRIORITY | 717.44 | 100.00% | 660.28 | |
| 0024 | TRISTATE EMERGENCY PHYSICIANS | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | VLADIM GRITSUS, MD | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | WARWICK ANESTHESIA GROUP, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURED | 0.00 | 100.00% | 0.00 | |
| 0030 | DIRECTV LLC | UNSECURED | 205.99 | * | 0.00 | |
| 0031 | CAPITAL ONE AUTO FINANCE | UNSECURED | 15,608.38 | * | 0.00 | |

**Total Paid:  $4,799.15**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $5,282.00    -    Paid to Claims: $660.28    -    Admin Costs Paid: $4,138.87    =    Funds on Hand: $482.85

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.