Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JANUARY 4, 2023

**Chapter 13 Case # 19-32877**

Re:  BRIAN K. BELENCHIA  
43 HICKORY ROAD  
HIGHLAND LAKES, NJ  07422  

Atty:  STEPHEN B. MCNALLY  
MCNALLY & BUSCHE, L.L.C.  
93 MAIN STREET  
SUITE 201  
NEWTON, NJ  07860  

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $17,285.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/03/2020 | $385.00 | 6450369000 | 02/04/2020 | $385.00 | 6534271000 |
| 03/02/2020 | $385.00 | 6608207000 | 04/02/2020 | $385.00 | 6683118000 |
| 05/04/2020 | $385.00 | 6760595000 | 06/02/2020 | $385.00 | 6836279000 |
| 07/02/2020 | $385.00 | 6911297000 | 08/03/2020 | $385.00 | 6981515000 |
| 09/02/2020 | $385.00 | 7057654000 | 10/02/2020 | $385.00 | 7131646000 |
| 11/02/2020 | $385.00 | 7200717000 | 12/02/2020 | $525.00 | 7276968000 |
| 01/04/2021 | $522.00 | 7347356000 | 02/01/2021 | $522.00 | 7421389000 |
| 03/01/2021 | $522.00 | 7489957000 | 04/02/2021 | $522.00 | 7569658000 |
| 05/03/2021 | $522.00 | 7637505000 | 06/02/2021 | $522.00 | 7710921000 |
| 07/02/2021 | $522.00 | 7781812000 | 08/03/2021 | $522.00 | 7853704000 |
| 09/02/2021 | $522.00 | 7919900000 | 10/04/2021 | $522.00 | 7990782000 |
| 11/02/2021 | $522.00 | 8056326000 | 12/01/2021 | $522.00 | 8115658000 |
| 01/03/2022 | $522.00 | 8177936000 | 02/02/2022 | $522.00 | 8248390000 |
| 03/02/2022 | $522.00 | 8310382000 | 04/04/2022 | $522.00 | 8377447000 |
| 05/02/2022 | $522.00 | 8441442000 | 06/02/2022 | $522.00 | 8503754000 |
| 07/01/2022 | $522.00 | 8558958000 | 08/01/2022 | $522.00 | 8622038000 |
| 09/02/2022 | $522.00 | 8684162000 | 10/03/2022 | $522.00 | 8742871000 |
| 10/31/2022 | $522.00 | 8797230000 | 11/30/2022 | $522.00 | 8853132000 |

**Total Receipts: $17,288.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $17,288.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,007.44 | |
| ATTY | ATTORNEY | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 19-32877**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0001 | ATLANTIC HEALTH SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 15,541.84 | * | 8.70 | |
| 0003 | US BANK TRUST NA | MORTGAGE ARRE | 9,458.12 | 100.00% | 9,458.12 | |
| 0004 | BON SECOURS MEDICAL GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CAPITAL ONE | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0006 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 201.95 | * | 0.00 | |
| 0007 | LVNV FUNDING LLC | UNSECURED | 1,577.07 | * | 0.00 | |
| 0008 | CRYSTAL RUN HEALTHCARE | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | DISCOVER BANK | UNSECURED | 761.22 | * | 0.00 | |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 541.18 | * | 0.00 | |
| 0011 | HUDSON COUNTY SURGERY CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | IC SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | QUANTUM3 GROUP LLC | UNSECURED | 225.77 | * | 0.00 | |
| 0014 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0015 | MERRICK BANK | UNSECURED | 754.20 | * | 0.00 | |
| 0016 | MISSION LANE | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | NABIL YAZGI MD PA | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | REMEX INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | THE BANK OF NEW YORK MELLON | UNSECURED | 135,704.22 | * | 75.96 | |
| 0020 | STATE OF NJ DEPARTMENT OF LABOR | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | STATE OF NJ | SECURED | 1,713.84 | 100.00% | 1,713.84 | |
| 0022 | STATE OF NJ | UNSECURED | 291.20 | * | 0.00 | |
| 0023 | TOWNSHIP OF VERNON | PRIORITY | 769.36 | 100.00% | 769.36 | |
| 0024 | TRISTATE EMERGENCY PHYSICIANS | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | VLADIM GRITSUS, MD | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | WARWICK ANESTHESIA GROUP, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0030 | DIRECTV LLC | UNSECURED | 205.99 | * | 0.00 | |
| 0031 | CAPITAL ONE AUTO FINANCE | UNSECURED | 15,608.38 | * | 8.74 | |

Total Paid: $16,792.16
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | | | | | | | |
| | 12/12/2022 | $8.74 | 902358 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | | |
| | 12/12/2022 | $8.70 | 8003203 | | | | |
| STATE OF NJ | | | | | | | |
| | 02/22/2021 | $57.34 | 865845 | | 03/15/2021 | $74.07 | 867481 |
| | 04/19/2021 | $74.07 | 869341 | | 05/17/2021 | $74.07 | 871149 |
| | 06/21/2021 | $75.27 | 872995 | | 07/19/2021 | $75.27 | 874721 |
| | 08/16/2021 | $75.27 | 876437 | | 09/20/2021 | $75.27 | 878202 |
| | 10/18/2021 | $75.27 | 879934 | | 11/17/2021 | $76.08 | 881618 |
| | 12/13/2021 | $76.07 | 883255 | | 01/10/2022 | $76.08 | 884898 |
| | 02/14/2022 | $76.07 | 886617 | | 03/14/2022 | $76.08 | 888296 |
| | 04/18/2022 | $77.28 | 890059 | | 05/16/2022 | $77.28 | 891707 |
| | 06/20/2022 | $77.27 | 893451 | | 07/18/2022 | $77.28 | 895072 |
| | 08/15/2022 | $77.27 | 896641 | | 09/19/2022 | $77.28 | 898276 |
| | 10/17/2022 | $77.27 | 899917 | | 11/14/2022 | $75.67 | 901472 |
| | 12/12/2022 | $60.96 | 903006 | | | | |
| THE BANK OF NEW YORK MELLON | | | | | | | |
| | 12/12/2022 | $75.96 | 903119 | | | | |

Chapter 13 Case # 19-32877

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| TOWNSHIP OF VERNON | | | | | | | |
| | 12/21/2020 | $174.66 | 861184 | | 01/11/2021 | $485.62 | 863023 |
| | 02/22/2021 | $109.08 | 864625 | | | | |
| US BANK TRUST NA | | | | | | | |
| | 02/22/2021 | $316.43 | 864476 | | 03/15/2021 | $408.78 | 866424 |
| | 04/19/2021 | $408.78 | 868001 | | 05/17/2021 | $408.78 | 869945 |
| | 06/21/2021 | $415.41 | 871706 | | 07/19/2021 | $415.41 | 873558 |
| | 08/16/2021 | $415.41 | 875246 | | 09/20/2021 | $415.41 | 876968 |
| | 10/18/2021 | $415.41 | 878759 | | 11/17/2021 | $419.82 | 880466 |
| | 12/13/2021 | $419.83 | 882113 | | 01/10/2022 | $419.82 | 883760 |
| | 02/14/2022 | $419.83 | 885434 | | 03/14/2022 | $419.82 | 887161 |
| | 04/18/2022 | $426.45 | 888815 | | 05/16/2022 | $426.45 | 890571 |
| | 06/20/2022 | $426.46 | 892234 | | 07/18/2022 | $426.45 | 893982 |
| | 08/15/2022 | $426.46 | 895552 | | 09/19/2022 | $426.45 | 897127 |
| | 10/17/2022 | $426.46 | 898807 | | 11/14/2022 | $417.62 | 900384 |
| | 12/12/2022 | $336.38 | 901960 | | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 04, 2023.

Receipts: $17,288.00    -    Paid to Claims: $12,034.72    -    Admin Costs Paid: $4,757.44    =    Funds on Hand: $495.84

Base Plan Amount: $17,285.00    -    Receipts: $17,288.00    =    Total Unpaid Balance: **($3.00)

**NOTE: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.