Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  19−32877−JKS
        Chapter:  13
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian K. Belenchia
   43 Hickory Road
   Highland Lakes, NJ 07422

Social Security No.:
   xxx−xx−7120

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: Brian K. Belenchia
       Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether
the debtor has cured the default and paid post−petition amounts.

Dated: January 24, 2023
JAN: smz

                                                  Jeanne Naughton, Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-32877-JKS
Brian K. Belenchia  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 2
Date Rcvd: Jan 24, 2023 | Form ID: ntcfncur | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian K. Belenchia, 43 Hickory Road, Highland Lakes, NJ 07422-1021 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, N.A. as Indentured Trustee on behalf of the holders of the Terwin Mortgage Trust 2006-6, Asset- dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust bankruptcy@friedmanvartolo.com jschwalb@ecf.courtdrive.com |
| Jonathan C. Schwalb | on behalf of Creditor BSI Financial Services as servicer for U.S. Bank Trust National Association as Trustee of the Bungalow Series III Trust bankruptcy@friedmanvartolo.com jschwalb@ecf.courtdrive.com |
| Jonathan C. Schwalb | on behalf of Creditor U.S. Bank Trust National Association as Trustee Tiki Series III Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 24, 2023 | Form ID: ntcfncur | Total Noticed: 1 |

Marie-Ann Greenberg
    magecf@magtrustee.com

Marie-Ann Greenberg
    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Stephen B. McNally
    on behalf of Debtor Brian K. Belenchia steve@mcnallylawllc.com
    jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8