| **Information to identify the case:** | |
|---|---|
| Debtor 1  Brian K. Belenchia<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7120<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | |
| Case number:   19–32877–JKS | |

# Order of Discharge                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Brian K. Belenchia

<u>3/14/23</u>                                                            **By the court:** <u>John K. Sherwood</u>
                                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 19-32877-JKS
Brian K. Belenchia                                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                  User: admin                  Page 1 of 4
Date Rcvd: Mar 14, 2023            Form ID: 3180W             Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian K. Belenchia, 43 Hickory Road, Highland Lakes, NJ 07422-1021 |
| cr | + | BSI Financial Services as servicer for U.S. Bank T, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | U.S. Bank Trust National Association, as Trustee T, Friedman Vartolo, LLP, 1325 Franklin Ave., Ste 160, Garden City, NY 11530-1631 |
| 518608887 | + | Atlantic Health System, PO Box 21385, New York, NY 10087-1385 |
| 518608888 | + | Avant, 4370 W 109th Street, Suite 210, Leawood, KS 66211-1348 |
| 518608890 | + | BSI Financial, PO Box 517, Titusville, PA 16354-0517 |
| 518608889 | + | Bon Secours Medical Group, PO Box 742780, Atlanta, GA 30374-2780 |
| 518608895 | + | Crystal Run Healthcare, 155 Crystal Run Road, Middletown, NY 10941-4057 |
| 518608898 | + | Hudson County Surgery Center, 2 Executive Drive, Fort Lee, NJ 07024-3308 |
| 518608904 | + | Nabil Yazgi MD PA, 401 Hamburg Turnpike, Suite 102, Wayne, NJ 07470-2139 |
| 518608905 | + | Remex Inc., c/o Newton Imaging, 183 High Street, Newton, NJ 07860-9601 |
| 518608909 | + | State of NJ Department of Labor, PO Box 650, Trenton, NJ 08646-0650 |
| 518608907 | + | State of New Jersey Division of Taxation, Attn: Marquita Knighton, PO Box 1008, Moorestown, NJ 08057-0908 |
| 518608910 | + | Township of Vernon Special Assessment, 21 Church Street, Vernon, NJ 07462-3171 |
| 518608911 | + | Tristate Emergency Physicians, 160 E Main Street, Port Jervis, NY 12771-2114 |
| 518608912 | + | Vladim Gritsus, MD, 7 Industrial Road, Pequannock, NJ 07440-1901 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 14 2023 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 14 2023 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Mar 15 2023 00:25:00 | Capital One Auto Finance, Attn AIS Portfolio Services, LP, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Mar 14 2023 20:35:41 | SN Servicing Corporation as servicer U.S. Bank T, c/o Friedman Vartolo LLP, 1325 Franklin Ave Suite 160, Garden City, NY 11530-1631 |
| 518608891 | + | EDI: CAPITALONE.COM | Mar 15 2023 00:25:00 | Capital One, PO Box 60511, City of Industry, CA 91716-0511 |
| 518608893 | + | EDI: CAPITALONE.COM | Mar 15 2023 00:25:00 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 518620271 | + | EDI: AISACG.COM | Mar 15 2023 00:25:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518674797 | + | EDI: AISACG.COM | Mar 15 2023 00:25:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518658779 | + | EDI: AIS.COM | | |

Case 19-32877-JKS    Doc 48    Filed 03/16/23    Entered 03/17/23 00:13:30    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 14, 2023 | Form ID: 3180W | Total Noticed: 49 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 15 2023 00:25:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518608894 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 14 2023 20:51:07 | Credit One, PO Box 60500, City of Industry, CA 91716-0500 |
| 518669091 | + | EDI: AIS.COM | Mar 15 2023 00:25:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518608896 | + | EDI: DISCOVER.COM | Mar 15 2023 00:25:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 518618721 | | EDI: DISCOVER.COM | Mar 15 2023 00:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518608897 | ^ | MEBN | Mar 14 2023 20:35:34 | Fortiva, PO Box 650847, Dallas, TX 75265-0847 |
| 518608899 | + | EDI: LCIICSYSTEM | Mar 15 2023 00:25:00 | IC System, 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 518608900 | + | EDI: PHINGENESIS | Mar 15 2023 00:25:00 | Indigo, PO Box 23039, Columbus, GA 31902-3039 |
| 518608901 | | EDI: IRS.COM | Mar 15 2023 00:25:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518710528 | | EDI: JEFFERSONCAP.COM | Mar 15 2023 00:25:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud MN 56302-9617 |
| 518697380 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 14 2023 20:50:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518651747 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 14 2023 20:51:03 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518608903 | | Email/Text: ml-ebn@missionlane.com | Mar 14 2023 20:36:00 | Mission Lane, PO Box 4517, Carol Stream, IL 60197 |
| 518608902 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 14 2023 20:50:49 | Merrick, PO Box 660702, Dallas, TX 75266-0702 |
| 519244077 | | EDI: PRA.COM | Mar 15 2023 00:25:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519244078 | | EDI: PRA.COM | Mar 15 2023 00:25:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518686333 | | EDI: Q3G.COM | Mar 15 2023 00:25:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518608908 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 14 2023 20:36:00 | State of New Jersey Division of Taxation, 50 Barrack Street, 9th Floor, PO Box 245, Trenton, NJ 08695 |
| 518608906 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 14 2023 20:36:00 | Specialized Loan Servicing, LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518676162 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 14 2023 20:36:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 518718250 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 14 2023 20:36:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 519112133 | + | Email/Text: bknotices@snsc.com | Mar 14 2023 20:37:00 | U.S. Bank Trust N.A., as Trustee of the Tiki, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, U.S. Bank Trust N.A., as Trustee of the, c/o SN Servicing Corporation 95501-0305 |
| 519112132 | + | Email/Text: bknotices@snsc.com | Mar 14 2023 20:37:00 | U.S. Bank Trust N.A., as Trustee of the Tiki, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |

| 518718290 | + | Email/Text: bankruptcy@bsifinancial.com | | |
| | | | Mar 14 2023 20:36:00 | U.S. Bank Trust, N.A., c/o BSI Financial Services, 1425 Greenway Drive, Suite 400, Irving, TX 75038-2480 |
| 518608913 | + | Email/Text: wagroupllc@gmail.com | | |
| | | | Mar 14 2023 20:37:00 | Warwick Anesthesia Group, LLC, 15 Maple Avenue, Warwick, NY 10990-1028 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518608892 | *+ | Capital One, PO Box 60511, City of Industry, CA 91716-0511 |
| 518620272 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2023                Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, N.A. as Indentured Trustee on behalf of the holders of the Terwin Mortgage Trust 2006-6, Asset- dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust bankruptcy@friedmanvartolo.com jschwalb@ecf.courtdrive.com |
| Jonathan C. Schwalb | on behalf of Creditor BSI Financial Services as servicer for U.S. Bank Trust National Association as Trustee of the Bungalow Series III Trust bankruptcy@friedmanvartolo.com jschwalb@ecf.courtdrive.com |
| Jonathan C. Schwalb | on behalf of Creditor U.S. Bank Trust National Association as Trustee Tiki Series III Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Stephen B. McNally | on behalf of Debtor Brian K. Belenchia steve@mcnallylawllc.com jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2      User: admin      Page 4 of 4
Date Rcvd: Mar 14, 2023      Form ID: 3180W      Total Noticed: 49
TOTAL: 8